## Commonwealth, Appellant, *v.* Bixler.

Submitted December 12, 1969. *David P. Truax,* Assist-

ant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney for Commonwealth, appellant; *John H. Bozic, Jr.,* and *Bozic, Bozic & Thomas,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.